JOSEPH GREENWALD et al., Respondents, *v.* AUGUSTUS WALES, Sheriff of Broome County, Appellant.

Reported below, 67 App. Div. 628.
(Argued February 9, 1903; decided February 17, 1903.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 22, 1902, affirming a judgment in favor of plaintiffs entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds that the judgment was not appealable, the affirmance by the Appellate Division having been unanimous and permission to appeal not having been granted and that the exceptions were frivolous.

*Alfred Epstein* for motion.

*H. B. Hinman* opposed.

Motion denied, with ten dollars costs.